CLEVELAND BAR ASSOCIATION *v.* DANNER.

[Cite as *Cleveland Bar Assn. v. Danner* (1994), 68 Ohio St.3d 526.]

(No. 93–2174—Submitted January 5, 1994—Decided March 30, 1994.)

*Robert S. Belovich, Gerald M. Ozan* and *Paul Morrison,* for relator.

*Per Curiam.* We concur in the findings and recommendation of the board. Respondent, Herbert A. Danner, is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.